IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 17 C 1779 |
| BUMPY'S STEEL ERECTION, LLC, an Illinois limited liability company, | ) ) ) ) | JUDGE VIRGINIA M. KENDALL |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, BUMPY'S STEEL ERECTION, LLC, an Illinois limited liability company, in the total amount of $42,430.25, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,416.00.

On March 17, 2017, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Demetrius Wise) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on April 7, 2017. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Patrick N. Ryan

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>1st</u> day of <u>May 2017</u>:

                Ashanti Mitchell, Registered Agent
                Bumpy's Steel Erection, LLC
                327 Missouri Avenue, Suite 520
                East St. Louis, IL   62201

                                              /s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone:  (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MIDJ\Bumpy's Steel\motion for default and judgment.pnr.df.wpd