

**FILED**

✓ᶜᴍMAR 0 1 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, et al., ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION |
| ) | |
| vs. ) | NO. 17 C 1779 |
| ) | |
| BUMPY'S STEEL ERECTION, LLC, ) an Illinois limited liability company, ) | JUDGE VIRGINIA M. KENDALL |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| KOZENY-WAGNER, INC., ) | |
| ) | |
| Citation Respondent. ) | |

## THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

_KOZENY-WAGNER, INC._ (Citation Respondent), certifies under penalty of perjury that with regard to the property of the Judgment Debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle the corresponding letter to any of the following that apply, and indicate the amount held:

A. Savings Account (amount withheld) $ _____
B. Checking and/or Now Account (amount withheld) $ _____
C. Certificate of Deposit (amount withheld) $ _____
D. Money Market Account (amount withheld) $ _____
E. Trust Account (amount withheld) $ _____
F. Safety Deposit Boxes $ _____
G. Other Amounts Due $ ___$0___
H. Adverse Claimants: Name _____
                             Address _____
I. Wages, Salary or Commissions _____

J.  Other Personal Property (describe) _____

_____

Attach a sheet for any additional information required by the Citation.

Subtotal     $0

Less right of offset for other loans     _____
Less deduction for fees limited by law   _____

Total     $0

According to the business records kept by the Citation Respondent we show the above accounts to be correct.

_____
Agent for Citation Respondent

**FEBRUARY 25, 2019**
Date

Third Party Respondent/Agent
Agent Name:      PHILIP J. CHRISTOFFERSON, ESQ.
Agent Title:     ATTORNEY AND AUTHORIZED AGENT
Respondent Name: KOZENY-WAGNER, INC.
Address:         951 OUTER RD.
                 ARNOLD, MO 63010
Phone:           636-296-2012
Fax:             636-296-2409

A copy of this Answer should be filed with the Court Clerk for the United States District Court for the Northern District of Illinois, Eastern Division, and a copy sent to the Attorney for Plaintiffs, and to the Judgment Debtor.

8